UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PETRU, *et al.*, | No. C-11-3892 EMC |
| Plaintiffs, | |
| v. | **ORDER GRANTING TEMPORARY RELIEF** |
| APPLE, INC., *et al.*, | |
| Defendants. | **(Docket No. 16)** |

Currently pending before the Court is Defendants' motion for administrative relief, in which they ask the Court for an enlargement of time to respond to the complaint. Under the Civil Local Rules, Plaintiffs have until September 1, 2011, to file an opposition. *See* Civ. L.R. 7-11(b). However, Defendants ask the Court to rule on an expedited basis because their answer is due on August 29, 2011.

The Court hereby **GRANTS** temporary relief to Defendants. That is, Defendants are temporarily relieved from their obligation to respond to the complaint until (1) Plaintiffs file their opposition to the motion to enlarge and (2) this Court rules on the motion to enlarge.

IT IS SO ORDERED.

Dated: August 28, 2011

_____
EDWARD M. CHEN
United States District Judge