```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   11 MD 2293 (DLC)
                                         :
IN RE: ELECTRONIC BOOKS ANTITRUST        :   Related to all
LITIGATION                               :       matters
                                         :
                                         :   REVISED CASE
                                         :   MANAGEMENT ORDER
---------------------------------------- X
```

12/23/11

DENISE COTE, District Judge:

    On December 21, 2011, the Court issued a Case Management Order appointing Co-Lead Counsel for all plaintiffs in the class actions brought against defendants MacMillan, Inc., Harpercollins Publishers, Penguin Group USA, Inc., Random House Inc., Apple Inc., Hachette Book Group, Simon & Schuster, Amazon.com, Inc., and Barnes & Noble Inc.  In order to improve the efficient management of these cases, it is hereby

    ORDERED that paragraph III(1)(e) of the December 21 Case Management Order is stricken.

    IT IS FURTHER ORDERED that the following paragraph is inserted as numbered paragraph III(4):

    Upon the first appearance of any new defendant(s), **Lead Counsel for plaintiffs** shall mail to the attorneys for such

     defendant(s) in such newly filed or transferred case a copy of the December 21 Case Management Order.

SO ORDERED:

Dated:    New York, New York
           December 23, 2011

                                                      DENISE COTE
                                    United States District Judge